IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT BRANDT,           )
        Petitioner,           )
                              )
        v.                    )   C.A. No. 05-182 Erie
                              )
FEDERAL BUREAU OF PRISONS, et al., )
        Respondents.          )

## RULE AND ORDER

      AND NOW, this 1st day of August, 2005, after Robert Brandt presented a petition for a writ of habeas corpus,

      IT IS ORDERED that within twenty days of service of this Rule and Order, the Respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

      Service of this Rule and Order, together with a copy of the petition shall be made upon the Respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

      All costs to be advanced by the United States.

                              S/Susan Paradise Baxter
                              SUSAN PARADISE BAXTER
                              Chief U.S. Magistrate Judge