IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRANDT,<br>　　　Petitioner,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-182 Erie<br><br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

　　　This habeas corpus action was filed with this Court on June 10, 2005. This Court has been informed by the U.S. Marshal Service that Petitioner has not fully cooperated with them in their effort to serve Respondents in this matter and, in fact, asked that service be cancelled.

　　　AND NOW, this 2nd day of February, 2006;

　　　IT IS HEREBY ORDERED that Petitioner show cause before February 22, 2004, for his failure to comply with this Court's order for service of this matter. Petitioner must provide the Marshal Service with the necessary address information and documentation to allow them to serve Respondents. Failure to provide such information to the Marshal Service on or before February 22, 2006, will result in the dismissal of this case for failure to prosecute.

　　　IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

　　　　　　　　　　　　　　　　　　　　　　　S/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Magistrate Judge