IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRANDT,<br><br>    Petitioner,<br><br> v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>    Respondents. | Civil Action No. 05-182 Erie |

### MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on June 10, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 12, 2006, recommends that the petition for writ of habeas corpus be dismissed for Petitioner's failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at CCM Pittsburgh, Pennsylvania, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

  AND NOW, this 9th day of May, 2006,

  IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for Petitioner's failure to prosecute.

  The Report and Recommendation of Magistrate Judge Baxter, filed on April 12, 2006 [Doc. # 4], is adopted as the opinion of the Court.

             s/ Sean J. McLaughlin
              United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge