IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRANDT, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-182 Erie |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on June 10, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 12, 2006, recommends that the petition for writ of habeas corpus be dismissed for Petitioner's failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at CCM Pittsburgh, Pennsylvania, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of May, 2006,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for Petitioner's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on April 12, 2006 [Doc. # 4], is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge

## Orders on Motions

1:05-cv-00182-SJM-SPB BRANDT, et al v. FEDERAL BUREAU, et al

**U.S. District Court**

**Western District of Pennsylvania**

Notice of Electronic Filing

The following transaction was received from nk, entered on 5/9/2006 at 12:51 PM EDT and filed on 5/9/2006
**Case Name:** BRANDT, et al v. FEDERAL BUREAU, et al
**Case Number:** 1:05-cv-182
**Filer:**
**WARNING: CASE CLOSED on 05/09/2006**
**Document Number:** 5

**Docket Text:**
ORDER adopting Report and Recommendations re [4] Report and Recommendations. ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for petitioner's failure to Prosecute. Signed by Judge Sean J. McLaughlin on 5/9/06. (nk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=5/9/2006] [FileNumber=384319-0]
[6cf2cd3758c0b847565f3bba55bd9c792357c701a63d2d0d7ca6726e40f197300983c
8a6a555dc7923c3b06b06b129b070725e592078b46d983e025e925d655f]]

**1:05-cv-182 Notice will be electronically mailed to:**

**1:05-cv-182 Filer will deliver notice by other means to:**

ROBERT BRANDT
20124-068
CCM Pittsburgh
1000 Liberty Avenue
Room 831
Pittsburgh, PA 15222

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. McLAUGHLIN
JUDGE
U.S. COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA 16501

OFFICIAL BUSINESS

*Return to sender. Not at this address. Released 6-17-05*

ERIE PA 165  ERIE LETTER CARRIERS
09 MAY 2006 PM 2   ANNUAL FOOD DRIVE
05/09/2006
MAY 13, 2006  1650
US POSTAGE
$00.390

ROBERT BRANDT
29124-068
C&M Pittsburgh

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN     ☐ OTHER
S ☐ NO SUCH NUMBER/ STREET
  ☒ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

**RTS** RETURN TO SENDER

1522